UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | | |
|---|---|---|
| CODY AARON ROSBRUGH, | ) | NO. CV 16-02176-ODW (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| JOE LIZARRAGA, Warden MCSP, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: April 10, 2017.

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE